UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

Palm Beach Finance Partners, L.P. and              Case No. 09-36379-BKC-PGH
Palm Beach Finance II, L.P.,

    Debtors.
_____/

Barry E. Mukamal, in his capacity as               Adv. Case No. 11-2872-PGH
Liquidating Trustee of the Palm Beach
Finance II Liquidating Trust,

    Plaintiff,

v.

Shakti Fund Limited,

    Defendant.
_____/

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF ATTORNEY JONATHAN S. FELDMAN, ESQUIRE
<u>AND REQUEST FOR REMOVAL FROM ALL SERVICE LISTS</u>**

    Pursuant to Local Rule 2091-1, please take notice that the appearance of Jonathan S. Feldman, Esq. on behalf of Barry E. Mukamal, in his capacity as Liquidating Trustee ("*Plaintiff*") in the above captioned matter is being withdrawn due to his departure from the law firm of Meland, Russin & Budwick, P.A. The Plaintiff has been notified and consents. All future notices in this matter should be served upon all other counsel of record and notice addresses for Meland Russin & Budwick, P.A. Furthermore, Jonathan S. Feldman requests that he be removed from all Service Lists.

| WITHDRAWING ATTORNEY: | COUNSEL OF RECORD: |
|---|---|
| MELAND RUSSIN & BUDWICK, P.A.<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone: (305) 358-6363<br>Telecopy: (305) 358-1221 | MELAND RUSSIN & BUDWICK, P.A.<br>3200 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone: (305) 358-6363<br>Telecopy: (305) 358-1221 |
| By:  s/ Jonathan S. Feldman<br>     Jonathan S. Feldman, Esquire<br>     Florida Bar No. 12682 | By:  s/ Michael S. Budwick<br>     Michael S. Budwick, Esquire<br>     Florida Bar No. 938777 |

PLAINTIFF:

By:  s/ Barry E. Mukamal
     Barry E. Mukamal
     Liquidating Trustee
     (E-filed with consent)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on March 4, 2014, via the Court's Notice of Electronic Filing upon all Registered Users listed on the attached Exhibit "A" and via U.S. Mail to Barry E. Mukamal, Marcum LLP, One SE Third Avenue, Tenth Floor, Miami, FL 33131.

 s/ Jonathan S. Feldman
Jonathan S. Feldman, Esquire
Florida Bar No. 12682
jfeldman@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

# Mailing Information for Case 11-02872-PGH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael S Budwick    mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- Daniel DeSouza    ddesouza@becker-poliakoff.com, culpiz@becker-poliakoff.com
- Jonathan S. Feldman    jfeldman@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

**EXHIBIT A**